**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

MICHELE D. BOOTH, *et al.*,          :
                                     :
            Plaintiffs,              :        Case No. 3:21-cv-67
                                     :
      v.                             :        Judge Thomas M. Rose
                                     :
JOSEPH LEASING CO., *et al.*,        :
                                     :
            Defendants.              :

_____

**ENTRY AND ORDER GRANTING AGREED MOTION BY ALL THE**
**PARTIES FOR PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**(DOC. NO. 11)**
_____

Presently before the Court is the "Agreed Motion By All The Parties For Partial Voluntary Dismissal Without Prejudice Under Federal R.Civ.P. 41(A) Of The Fifth Claims [sic] For Relief Against Defendant, Aetna US Healthcare c/o Rawlings Insurance Company" (Doc. No. 11). The motion seeks dismissal of the Complaint's Fifth Claim for Relief against Defendant Aetna US Healthcare c/o Rawlings Insurance Company (only). Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** the motion and dismisses, without prejudice, the Complaint's Fifth Claim for Relief against Defendant Aetna US Healthcare c/o Rawlings Insurance Company (only). Given that the Fifth Claim for Relief is the only claim brought in this action against Aetna US Healthcare c/o Rawlings Insurance Company (*see* Doc. No. 5), Defendant Aetna US Healthcare c/o Rawlings Insurance Company is **DISMISSED, WITHOUT PREJUDICE, AS A PARTY TO THIS CASE**.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, June 23, 2021.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE